AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jill A. | Court of Appeals-Eleventh Circuit | 6/4/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Court of Appeals Judge (Active) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

56 Forsyth Street
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | ▩▩▩ (VII lines 3 & 11) |
| 2. | President, Director | ▩▩▩ (VII line 13) |
| 3. | Member | ▩▩▩ (VII line 14) |
| 4. | Trustee | Trust #1 (VII line 12) |
| 5. | Member | ▩▩▩ |
| 6. | Member | ▩▩▩ |
| 7. | | |
| 8. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 6/4/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Bondurant Mixson & Elmore, LLP via Edward B. Krugman, PC - wages and distributions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Chicago Law School | 4/23/17 - 4/25/17 | Chicago, IL | Judge, Moot Court Competition | Hotel, transportation, meals |
| 2. | Florida International University College of Law | 11/15/17 - 11/16/17 | Miami, FL | Judge, Moot Court Competition | Hotel, transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 6/4/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Ditech | Mortgage on rental property #2 (VII line 2) | M |
| 2. | Morgan Stanley | Line of credit secured by investment accounts; used to pay off mortgage on rental property #3(VII line 3) | N |
| 3. | Wells Fargo | Mortgage on rental property #4 (VII line 4) | N |
| 4. | Bank of America | Mortgage on rental property #5 (VII line 5) | M |
| 5. | American Express | Credit Card | K |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property #1, Atlanta, Fulton County, Georgia | E | Rent | M | W | | | | | |
| 2. Rental property #2, Atlanta, Fulton County, Georgia | E | Rent | N | W | | | | | |
| 3. Rental property #3, Atlanta, Fulton County, Georgia | G | Rent | P1 | W | | | | | |
| 4. Rental property #4, Sarasota, Sarasota County, Florida | D | Rent | N | W | | | | | |
| 5. Rental property #5, Sarasota, Sarasota County, Florida | E | Rent | N | W | | | | | |
| 6. Vacation home #2, Sarasota, Sarasota County, Florida | D | Rent | N | W | | | | | |
| 7. SunTrust bank accounts | A | Interest | K | T | | | | | |
| 8. Bank of America bank accounts | A | Interest | J | T | | | | | |
| 9. Associated Credit Union account | A | Dividend | J | T | | | | | |
| 10. State Bank bank accounts | A | Interest | K | T | | | | | |
| 11. Citibank cash accounts | A | Interest | K | T | | | | | |
| 12. Trust #1 -AXA Equitable Whole Life insurance policy | C | Dividend | M | T | | | | | |
| 13. ▓▓▓▓▓ | | None | N | W | | | | | |
| 14. ▓▓▓▓▓ | | None | K | W | | | | | |
| 15. Fifth Third Bank | A | Interest | K | T | | | | | |
| 16. Morgan Stanley Bank Deposit Program (cash equivalent) | A | Interest | P1 | T | | | | | |
| 17. Charles Schwab Bank Sweep (cash equivalent) | A | Interest | N | T | Open | 11/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 6/4/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel Corp. stock | A | Dividend | K | T | Donated (part) | | | | |
| 19. Coca-Cola Co. stock | A | Dividend | J | T | | | | | |
| 20. Xerox Corp. stock | A | Dividend | J | T | | | | | |
| 21. Active Bear ETF | | None | K | T | Sold (part) | 12/15/17 | J | A | |
| 22. Avigilon Corp stock | | None | M | T | | | | | |
| 23. Berkshire Hathaway C1-B stock | | None | M | T | | | | | |
| 24. Alphabet Inc CL-C stock | | None | K | T | | | | | |
| 25. Telefonica SA ADR stock | | None | | | Sold (part) | 03/16/17 | J | A | |
| 26. | | | | | Sold | 05/19/17 | J | A | |
| 27. FPA Crescent Fund - I | D | Dividend | O | T | Buy (add'l) | 02/06/17 | K | | |
| 28. | E | Distribution | | | Sold (part) | 03/16/17 | J | A | |
| 29. Federated International Strategic Value Dividend Fund - I | A | Dividend | | | Sold (part) | 03/16/17 | J | A | |
| 30. | | | | | Sold | 08/16/17 | M | A | |
| 31. First Eagle Global Fund - I | A | Dividend | M | T | Buy (add'l) | 02/06/17 | J | | |
| 32. | D | Distribution | | | Sold (part) | 03/16/17 | J | A | |
| 33. | | | | | Sold (part) | 05/19/17 | M | E | |
| 34. Harbor Capital Appreciation Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 6/4/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | C | Distribution | | | | | | | |
| 36. Henderson European Focus Fund - I | A | Dividend | M | T | Sold (part) | 03/16/17 | J | A | |
| 37. PIA Short Term Securities Fund | | None | | | Sold | 02/22/17 | J | A | |
| 38. Sharpspring Inc Com stock | | None | K | T | Buy (add'l) | 01/24/17 | J | | |
| 39. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 40. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 41. | | | | | Buy (add'l) | 02/03/17 | J | | |
| 42. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 43. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 44. T. Rowe Price Capital Appreciation Fund | | None | | | Sold (part) | 03/16/17 | J | A | |
| 45. | | | | | Sold | 05/19/17 | K | D | |
| 46. TCW Emerging Markets Income Fund - I | | None | | | Sold | 01/31/17 | J | A | |
| 47. Templeton Global Bond Fund - Adv | | None | | | Sold | 01/31/17 | J | A | |
| 48. Vanguard FTSE Emerging Markets ETF | A | Dividend | N | T | Buy (add'l) | 02/08/17 | J | | |
| 49. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 50. Vanguard Intermediate Term Tax-Exempt Fund - Inv | C | Dividend | M | T | Buy (add'l) | 02/06/17 | J | | |
| 51. | | | | | Buy (add'l) | 02/21/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 6/4/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Limited Term Tax-Exempt Fund | C | Dividend | N | T | Buy (add'l) | 02/06/17 | L | | |
| 53. | | | | | Buy (add'l) | 02/08/17 | M | | |
| 54. Wells Fargo Adv Ultra S/T Muni Income Fund - Inst | A | Dividend | | | Sold | 02/21/17 | M | A | |
| 55. Wells Fargo Emerging Markets Equity Fund - Inst | A | Dividend | | | Sold | 03/16/17 | J | A | |
| 56. Wells Fargo Adv St Muni Bond Fund - Inst | A | Dividend | | | Sold | 02/21/17 | M | A | |
| 57. 401k Bondurant, Mixson & Elmore, LLP Risk Level 4 Portfolio | | None | P1 | T | | | | | |
| 58. AXA Equitable: AXA International Core Volatility Fund | | None | K | T | | | | | |
| 59. AXA Equitable: EQ/GAMCO Small Company Value Fund | | None | J | T | | | | | |
| 60. AXA/Janus Enterprise Fund | | None | J | T | | | | | |
| 61. AXA Equitable: EQ/Quality Bond Plus Fund | | None | K | T | | | | | |
| 62. AXA Equitable: AXA Large Cap Growth Fund | | None | L | T | | | | | |
| 63. AXA Equitable: AXA Large Cap Value Volatility Fund | | None | K | T | | | | | |
| 64. Excelerate Discovery, LLC | | None | | | Merged (with line 65) | | | | |
| 65. TrustPoint International, LLC | D | None | K | U | | | | | |
| 66. River's Edge Landing, LLC | | None | J | U | | | | | |
| 67. Ledbetter Lake Investors, LLC | | None | J | U | | | | | |
| 68. Dasher's Bay at Effingham, LLC | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 6/4/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fideilty Advisor 529 College Portfolio - CL A | | None | M | T | Sold (part) | 01/09/17 | J | A | |
| 70. Fidelity Advisor 529 Portfolio 2025 - CL A | | None | M | T | Sold (part) | 01/09/17 | J | B | |
| 71. HPD Starboard Value LP CL D | | None | | | Sold | 12/31/17 | M | F | |
| 72. SkyBridge Multi-Advisor Hedge Fund Portfolio Series G | | None | | | Sold | 09/30/17 | N | D | |
| 73. Akorn Inc stock | | None | | | Sold (part) | 03/27/17 | K | C | |
| 74. | | | | | Sold | 04/07/17 | K | D | |
| 75. Castlight Health Inc Cl B stock | | None | | | Buy (add'l) | 02/15/17 | J | | |
| 76. | | | | | Sold (part) | 07/11/17 | J | A | |
| 77. | | | | | Sold (part) | 07/12/17 | J | A | |
| 78. | | | | | Sold (part) | 07/13/17 | J | A | |
| 79. | | | | | Sold (part) | 07/17/17 | J | A | |
| 80. | | | | | Sold (part) | 09/27/17 | J | A | |
| 81. | | | | | Sold (part) | 09/29/17 | J | B | |
| 82. | | | | | Sold (part) | 10/02/17 | J | A | |
| 83. | | | | | Sold (part) | 10/10/17 | J | C | |
| 84. | | | | | Sold | 10/11/17 | J | C | |
| 85. Dirtt Environmental Solutions stock | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 6/4/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Neogenomics Inc New stock | | None | K | T | Sold (part) | 09/27/17 | J | A | |
| 87. | | | | | Sold (part) | 09/29/17 | J | A | |
| 88. | | | | | Sold (part) | 10/02/17 | J | C | |
| 89. | | | | | Sold (part) | 10/03/17 | J | C | |
| 90. | | | | | Sold (part) | 10/04/17 | J | A | |
| 91. Angel Oak Multi-Strategy Income Fund - I | E | Dividend | O | T | Sold (part) | 02/06/17 | J | A | |
| 92. | | | | | Buy (add'l) | 02/08/17 | K | | |
| 93. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 94. Center Coast MLP Focus Fund - I | A | Dividend | | | Sold | 01/31/17 | M | F | |
| 95. Conduent Inc Com stock | | None | J | T | Spinoff (from line 20) | 01/03/17 | J | | |
| 96. Invuity Inc Com stock | | None | J | T | Buy | 06/14/17 | J | | |
| 97. Mirae Emerging Markets Great Consumer Fund Class I | | None | J | T | Buy | 02/06/17 | J | | |
| 98. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 99. Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 100. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 101. Vanguard Growth Index ETF | A | Dividend | J | T | Buy | 03/16/17 | J | | |
| 102. Vanguard Mid-Cap Growth Index ETF | A | Dividend | J | T | Buy | 03/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Vanguard Mid-Cap Value Index ETF | A | Dividend | J | T | Buy | 03/16/17 | J | | |
| 104. Vanguard Short-Term Investment Grade Bond Fund | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 105. | A | Distribution | | | Buy (add'l) | 03/16/17 | J | | |
| 106. Vanguard Small-Cap Value Index ETF | A | Dividend | J | T | Buy | 03/16/17 | J | | |
| 107. Vanguard Value Index ETF | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 108. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 109. Georgia ST Genl Oblig Ser-E 07-01-18 Bond | A | Interest | K | T | Buy | 02/10/17 | K | | |
| 110. Georiga ST 12-01-18 Bond | A | Interest | K | T | Buy | 02/09/17 | K | | |
| 111. US Treasury Note 1/31/18 | | None | J | T | Buy | 08/01/17 | J | | |
| 112. Tweedy Browne Global Value Fund (X) | A | Dividend | J | T | | | | | |
| 113. | A | Distribution | | | | | | | |
| 114. Amazon.com Inc 11-29-17 Bond | A | Interest | | | Buy | 02/07/17 | K | | |
| 115. | | | | | Matured | 11/29/17 | K | A | |
| 116. Costco Wholesale Corp 12-15-17 Bond | A | Interest | | | Buy | 02/07/17 | K | | |
| 117. | | | | | Redeemed | 06/15/17 | K | A | |
| 118. Gwinnett Cnty GA WTR & SWR AUTH REV 08-01-17 Bond | A | Interest | | | Buy | 02/09/17 | K | | |
| 119. | | | | | Matured | 08/01/17 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 6/4/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pennsylvania ST Genl Oblig Ser-A 08-01-24 Bond | B | Interest | | | Buy | 02/10/17 | L | | |
| 121. | | | | | Redeemed | 08/01/17 | L | A | |
| 122. North East Indpt Sch Dist TX Ref 08-01-17 Bond | A | Interest | | | Buy | 02/10/17 | K | | |
| 123. | | | | | Matured | 08/01/17 | K | A | |
| 124. US Treasury Bill 07-20-17 | | None | | | Buy | 02/07/17 | K | | |
| 125. | | | | | Matured | 07/20/17 | K | A | |
| 126. US Treasury Note 06/30/17 | A | Interest | | | Buy | 02/07/17 | K | | |
| 127. | | | | | Matured | 06/30/17 | K | A | |
| 128. US Treasury Note 10-31-17 | A | Interest | | | Buy | 08/01/17 | L | | |
| 129. | | | | | Matured | 10/31/17 | L | A | |
| 130. US Treasury Note 11-30-17 | A | Interest | | | Buy | 08/01/17 | L | | |
| 131. | | | | | Matured | 11/30/17 | L | A | |
| 132. US Treasury Note 09-30-17 | A | Interest | | | Buy | 08/03/17 | M | | |
| 133. | | | | | Matured | 10/02/17 | M | A | |
| 134. US Treasury Note 10-31-17 | A | Interest | | | Buy | 08/03/17 | L | | |
| 135. | | | | | Matured | 10/31/17 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1 - This entity owns a residential apartment building described in Part VII, line 3.

Part I, line 2 - This entity owns an undeveloped residential lot described in Part VII, line 13.

Part I, line 3 - This entity owns undeveloped lots described in Part VII, line 14.

Part I, lines 5-6 - These entities were set up to own individual rental properties, but the properties have not been transferred to them. They have no assets.

Part VII, line 57 - Filer has no control over investments within 401k beyond choosing a general category of risk.

Part VII, line 112 - A partial donation of this position occurred in 2016 so position should carry over to this year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jill A. Pryor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544